

FILED

02/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0101

---

THOMAS C. WEINER, M.D.,

    Plaintiff and Appellant,

v.

ST. PETER'S HEALTH, a Montana
Domestic Nonprofit Corporation,
d/b/a St. Peter's Hospital, WADE
JOHNSON, JAMES TARVER, M.D.,
KERRY HALE, M.D., SHELLY
HARKINS, M.D., TODD WAMPLER,
M.D., RANDY SASICH, M.D., and
JOHN DOES 1-5,

    Defendants and Appellees.

O R D E R

---

Appellant Thomas C. Weiner has filed a notice of appeal from the Order – Weiner and St. Peter's Health Motions for Summary Judgment Re: Health Care Quality Improvement Act, and the related Addendum – St. Peter's Health Motion for Summary Judgment Re: Defamation, of the First Judicial District Court, Cause No. ADV-2020-1988, that the District Court has certified as final pursuant to M. R. Civ. P. 54(b).

Pursuant to M. R. App. P. 4(4)(b), we have reviewed the District Court's certification order for compliance with M. R. App. P. 6(6). We conclude the court's certification order is in substantial compliance with the requirements of Rule 6(6) and our case law interpreting certification orders under Rule 54(b).

IT IS THEREFORE ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all parties.

DATED this 27th day of February, 2024.

_____

_____

_____

_____

_____
Justices

2